**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**PAULA MARIE GAGNON,**

                **Plaintiff,**

      **v.**                                       **7:12-CV-577**
                                             **(MAD/VEB)**

**CAROLYN W. COLVIN, Acting Commissioner of**
**Social Security,**

                **Defendant.**
_____
_____

**APPEARANCES:**                    **OF COUNSEL:**

Conboy, McKay, Bachman & Kendall, LLP     LAWRENCE D. HASSELER, ESQ.
307 State Street
Carthage, New York 13619
*Attorneys for Plaintiff*

Social Security Administration          KATRINA M. LEDERER , ESQ.
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904             .
*Attorney for Defendant*

**MAE A. D'AGOSTINO, U. S. DISTRICT JUDGE**

<u>**ORDER**</u>

     The above matter comes to me following a Report-Recommendation by Magistrate Judge

Victor E. Bianchini duly filed on the 3rd day of June 2013. Following fourteen (14) days from the

service thereof, the Clerk has sent me the file, including any and all objections filed by the parties

herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-

Recommendation, and no objections submitted thereto, it is

     **ORDERED** that:

1.  The Report-Recommendation is hereby adopted in its entirety.

2.  The Commissioner is granted judgment on the pleadings and plaintiff's motion for judgment on the pleadings is denied.

3.  The Clerk is directed to close the case and enter judgment accordingly.

4.  The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case

**IT IS SO ORDERED.**

Dated:  July 2, 2013
       Albany, New York

**Mae A. D'Agostino**
**U.S. District Judge**